DELIA A. SUTTON and Another, Appellants, v. CLIFFORD DOTY and Another, Respondents.— Judgment affirmed, with costs. All concur. (The judgment is for defendants in an action for trespass for removing a gasoline tank and pipes.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

In the Matter of the ACQUISITION OF LANDS FOR THE PURPOSE OF A MUNICIPAL GARAGE IN AND FOR THE CITY OF UTICA.— Order affirmed, with fifty dollars costs and disbursements. All concur. (The order permits discontinuance of a condemnation proceeding.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

THELMA A. CHISHOLM, Respondent, v. PENN MUTUAL LIFE INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. Memorandum: In view of the fact that the payment of the premium was tendered by the beneficiary's agent without the co-operation or knowledge, so far as appears, of the insured, the tendered evidence of communications from the insured in relation to reinstatement was immaterial. All concur. (The judgment awards plaintiff death benefit under a life insurance policy. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

MILTON C. HEIGHTS, Respondent, v. THE GEORGIA HOME INSURANCE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies a motion to dismiss the complaint in an action to recover on fire insurance policy.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

PETER LIBRIZZI, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 22289.) — Judgment affirmed, with costs. All concur, except Crosby and Lewis, JJ., who dissent and vote for reversal and for dismissal of the claim. (The judgment awards plaintiff damages for personal injuries while confined in a State institution.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

EDWARD NAFFKY, Respondent, v. NATHAN YOSOVITZ, Appellant.— Judgment and order affirmed, with costs. All concur, except Thompson and Lewis, JJ., who dissent and vote for reversal on the law and for granting a new trial on the ground that there is no showing of negligence on the part of the defendant. (The judgment awards plaintiff damages for personal injuries in an automobile negligence action, The order denies motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

MARY J. THOMPSON, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 21694.) — Judgment affirmed, with costs. All concur. (The judgment awards claimant damages for negligence in permitting culvert to cause water to overflow the road.) Present — Taylor, Edgcomb, Thompson, Crosby and Lewis, JJ.

GEORGE E. THOMPSON, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 21697.) — Judgment affirmed, with costs. All concur. (The judgment awards claimant damages for negligence in permitting culvert to cause water to overflow the road.) Present — Taylor, Edgcomb, Thompson, Crosby and Lewis, JJ.

GERALD THOMPSON, an Infant, by GEORGE E. THOMPSON, His Guardian ad Litem, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 21696.) — Judgment affirmed, with costs. All concur. (The judgment awards